UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LEOPOLDO R. CAMPOS, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CV-08-5019-LRS <br><br> **ORDER GRANTING RENEWED MOTION FOR DEFAULT JUDGMENT** |

Good cause appearing, the Plaintiff's "Renewed Motion For Default Judgment" (Ct. Rec. 17) is **GRANTED**.

In accordance with the Declaration Of AUSA Timothy M. Durkin (Ct. Rec. 18), the District Court Executive is directed to enter a Judgment for the Plaintiff and against the Defendant in the sum of $40,000 ($33,000 as the principal amount, plus a $7,000 penalty). Post-judgment interest shall accrue at the legal rate until the Judgment amount is paid in full.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this order and forward copies of the order and the Judgment to Defendant at his last known address, and to counsel for Plaintiff.

**DATED** this ___31st___ day of August, 2009.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
Chief United States District Judge

**ORDER GRANTING RENEWED MOTION FOR DEFAULT JUDGMENT-    1**