# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

UNITED STATES OF AMERICA,
                        Plaintiff,

                      v.

LEOPOLDO R. CAMPOS,
                        Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-08-5019-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Order Granting Renewed Motion for Default Judgment entered on August 31, 2009, Ct. Rec. 20, judgment is entered in favor of Plaintiff United States of America and against the Defendant Leopoldo R. Campos in the sum of $40,000 ($33,000 as the principal amount, plus a $7,000 penalty). Post-judgment interest shall accrue at the legal rate until the Judgment amount is paid in full.

| | |
|---|---|
| August 31, 2009 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |